**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:   WILLIAM M. COBB                                                                    Case Number: 07-72501
         401 WEST STREET                       SSN-xxx-xx-0078
         ROCKFORD, IL  61102

                                                                        Case filed on:        10/16/2007
                                                                    Plan Confirmed on:
                                   U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,242.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY GARY C FLANDERS | 2,500.00 | 2,500.00 | 646.62 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 646.62 | 0.00 |
| 004 | FREEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WILLIAM M. COBB | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 4,300.00 | 4,300.00 | 379.00 | 121.00 |
|  | Total Secured | 4,300.00 | 4,300.00 | 379.00 | 121.00 |
| 002 | WELLS FARGO HOME MORTGAGE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CAPITAL ONE | 1,320.51 | 1,320.51 | 0.00 | 0.00 |
| 005 | SECURITY FINANCE | 914.42 | 914.42 | 0.00 | 0.00 |
| 006 | STEVE JONES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | THOMAS D LUCHETTI PC | 5,288.50 | 5,288.50 | 0.00 | 0.00 |
|  | Total Unsecured | 7,523.43 | 7,523.43 | 0.00 | 0.00 |
|  | Grand Total: | 14,323.43 | 14,323.43 | 1,025.62 | 121.00 |

Total Paid Claimant:      $1,146.62
Trustee Allowance:           $95.38        Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       0.00      discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

        Report Dated:

                                                 /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee


        This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


        Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan